IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TRACEE MANN,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION AND PUBLIX
SUPER MARKETS, INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5685

Opinion filed March 17, 2015.

An appeal from an order of the State of Florida, Reemployment Assistance
Appeals Commission.
Frank E. Brown, Chairman.

Tracee Mann, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.

LEWIS, C. J., MARSTILLER and OSTERHAUS, JJ., CONCUR.